1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
   508 Forbes Avenue, 2nd Floor South
6  Yuba City, California 95991
   Telephone: (530) 751-1695
7  Facsimile:  (530) 751-2384

8  Attorneys for Plaintiff

9  SEYFARTH SHAW LLP
   Mark H. Van Brussel (SBN 08077)
10 James D. McNairy (SBN 230903)
   400 Capitol Mall, Suite 2350
11 Sacramento, Cal
   California 95814-4428
12 Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
13
   Attorneys for Defendant
14 TAHOE FOREST HOSPITAL DISTRICT

15
                    **UNITED STATES DISTRICT COURT**
16
                     **EASTERN  DISTRICT OF CALIFORNIA**
17

18
   CLAUDIA A. WOOD,                      )    CASE NO.:   2:08-CV-00162-JAM-GGH
19                                       )
           Plaintiff,                    )
20                                       )    **STIPULATION TO DISMISSAL OF**
   vs.                                   )    **ACTION WITH PREJUDICE**
21                                       )    **PURSUANT TO F.R.C.P. 41(a)(1)(ii) AND**
   TAHOE FOREST HOSPITAL DISTRICT,       )    **ORDER THEREON**
22                                       )
           Defendant.                    )
23                                       )    Complaint filed on January 24, 2008
   _____ )
24

25

26

27

28

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P.41(a)(1)(ii) AND ORDER THEREON]**
**CASE NUMBER:  2:08-CV-00162-LEW-GGH**

## STIPULATION FOR DISMISSAL

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party bearing its own costs and fees incurred in connection with this litigation. This dismissal is the result of the complete settlement of the action.

**SO STIPULATED.**

DATED: January 13, 2009         By: /s/ Elizabeth S. Mancl as authorized on 1/13/09
                                    ELIZABETH S. MANCL
                                    Attorney for Plaintiff


DATED: January 13, 2009         SEYFARTH SHAW LLP



                                By:   /s/ Mark H. Van Brussel
                                    MARK H. VAN BRUSSEL
                                    Attorneys for Defendant


## ORDER ON STIPULATION FOR DISMISSAL

The parties having so stipulated, this matter is hereby ordered DISMISSED WITH PREJUDICE.

DATED: January 21, 2009         /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE